**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01569-CV

### IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17254-T**

## ORDER

Before the Court is the State's March 27, 2015 motion for an extension of time to file its

brief, which was tendered to the Court along with the motion. We **GRANT** the State's motion.

The State's brief is deemed filed as of the date of this order.


/s/      ADA BROWN
         JUSTICE